161 A.3d 789

Patrick J. MACPHERSON, Executor of the Estate of Richard Macpherson, Deceased, Petitioner

v.

The MAGEE MEMORIAL HOSPITAL FOR CONVALESCENCE d/b/a Magee Rehabilitation Hospital, Jefferson Health System, Inc., TJUH System, Manor Care of Yeadon PA, LLC, d/b/a Manorcare Health Services–Yeadon, HCR Manor Care, Inc., Manorcare, Inc., HCR Healthcare, LLC, HCR II Healthcare, LLC, HCR III Healthcare, LLC, Respondents

No. 700 EAL 2015

Supreme Court of Pennsylvania.

November 17, 2016

## ORDER

PER CURIAM

**AND NOW,** this 17th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Donohue, Justice Wecht and Justice Mundy did not participate in the consideration or decision of this matter.